AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___07-273-~~XXX~~___



## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

___5-21-7___                    ___/s/ Pamela Carvel___
(Date forms issued)              (Signature of Party or their Representative)

                                 ___PAMELA CARVEL___
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action