OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#   0 7 - 2 7 3 - XXX

CASE CAPTION:   Carvel   v.   Griffin, et al

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received   5-28-7
by Plaintiff:

Signed: _Pamela Carvel_
Pro Se Plaintiff

Date Received_____
by Clerk's office:

Signed:_____
Deputy Clerk

Note:  If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable,  Rule 4 mailed to plaintiff:

**MAY 2 1 2007**
Date mailed

_Evette Waters_
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04

Scanned

**F I L E D**

JUN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE