**Pamela Carvel**
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.

US TEL/FAX 1 954 524 1909

12 September 2007

United Stated District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   07-CV-00273-***

### AMEND COMPLAINT & AMENDED APPENDIX

Dear Sir/Madam,

Please file the enclosed original amended complaint and amended appendix. One copy is also enclosed with a disk.

The Defendants did not return the Waivers of Service of Summons, and have not replied to the original compliant. It is my understanding that I am able to amend my complaint before any responding papers are filed.

I will now serve the Summons already issued with the Amended Complaint and Amended Appendix.

Please use the above US telephone and fax forwarding number because mail forwarding takes a long time to reach England. The above US number will forward to England at my expense.

Thank you for your valuable assistance.

Yours truly,

*[signature]*
by Pamela Carvel

RECEIVED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE