IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA CARVEL, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM GRIFFIN, MARIE ABPLANALP, SALVATORE MOLELLA, ROBERT DAVIS and JOHN/JANE DOE 1-20 DOE CORP. 1-20<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-273-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that attorneys Chad M. Shandler and Jameson A.L. Tweedie of Richards, Layton and Finger, P.A., enter their appearance as counsel on behalf of Defendants William E. Griffin, Marie Abplanalp Holcombe, and Salvatore Molella in the above-captioned matter.

OF COUNSEL:

*Of Counsel:*
Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

Dated: October 9, 2007

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
   *Attorneys for Defendants William E. Griffin, Marie Abplanalp Holcombe, and Salvatore Molella*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA U.S. MAIL

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com