IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA CARVEL, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM GRIFFIN, MARIE ABPLANALP, SALVATORE MOLELLA, ROBERT DAVIS and JOHN/JANE DOE 1-20 DOE CORP. 1-20<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-273-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of Steven J. Fink, of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY to represent Defendants William E. Griffin, Marie Abplanalp Holcombe, and Salvatore Molella in this matter.

OF COUNSEL:

*Of Counsel:*
Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
(212) 506-5000

Dated:  October 9, 2007

/s/
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
 *Attorneys for Defendants William E. Griffin, Marie*
 *Abplanalp Holcombe, and Salvatore Molella*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____    _____
                                  United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

                                                   Steven J. Fink, Esq.
                                                   Orrick, Herrington & Sutcliffe
                                                   666 Fifth Avenue
                                                   New York, New York 10103

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA U.S. MAIL

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3210865-1