IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20,<br><br>Defendants. | Case No. 07-CV-00273-*** |

### DEFENDANTS WILLIAM GRIFFIN'S, MARIE ABPLANALP HOLCOMBE'S AND SALVADOR MOLELLA'S MOTION TO DISMISS

Defendants William Griffin, Marie Abplanalp Holcombe and Salvador Molella, hereby move this Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5). The grounds for this motion are stated in the Opening Brief In Support of Defendants William Griffin's, Marie Abplanalp Holcombe's and Salvador Molella's Motion to Dismiss which is being filed with this motion.

*Of Counsel:*

Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

Dated: October 9, 2007

W. Donald W. Sparks, II (#2646)
sparks@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants William Griffin, Marie Abplanalp Holcombe, and Salvador Molella*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

## VIA FEDERAL EXPRESS

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3210865-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation,<br><br>   Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20,<br><br>   Defendants. | Case No. 07-CV-00273-*** |

## ORDER

The Court, having considered Defendants William Griffin's, Marie Abplanalp Holcombe's and Salvador Molella's Motion to Dismiss, and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the motion is GRANTED and that this action is dismissed.

_____
United States District Judge