IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20,<br><br>Defendants. | Case No. 07-CV-00273-*** |

### AFFIDAVIT OF WILLIAM E. GRIFFIN

STATE OF NEW YORK      )
                                              ) :ss
COUNTY OF WESTCHESTER )

William E. Griffin, being duly sworn, deposes and says:

1.  I am the President, a Member and a Director of The Thomas and Agnes Carvel Foundation (the "Foundation"). I submit this affidavit in support of my motion to dismiss the Amended Complaint for Continuing Conspiracy to Violate Constitutional Rights & Commit Frauds and Demand for Jury Trial (the "Amended Complaint") filed by Plaintiff Pamela Carvel ("Ms. Carvel" or "Plaintiff") on or about September 17, 2007.

2.  I became a Member and Director of the Foundation in 1992.

3.  The Foundation is a not-for-profit corporation organized pursuant to New York's Not-for-Profit Corporation Law and recognized as exempt from federal income tax as a private foundation under the Internal Revenue Code. The Foundation primarily provides grants to charitable organizations providing health and education services for children and adolescents in

Westchester County, New York. The Foundation's offices are located at 35 East Grassy Sprain Road, Yonkers, New York.

4. I live and work in Westchester County, New York. I am an attorney and am President of the law firm Griffin, Coogan & Veneruso PC, which has its offices in Bronxville, New York. I am also Chairman of Hudson Valley Bank ("HVB"), a New York chartered bank that is a wholly-owned subsidiary of Hudson Valley Holding Corp., a New York corporation headquartered in the State of New York.

5. I received a copy of Ms. Carvel's summons and original Complaint, filed May 21, 2007, by mail, together with a Notice of Lawsuit and Request for Waiver of Service of Summons dated May 28, 2007. I did not receive personal service of the Complaint, nor, to the best of my knowledge, was a copy of the Complaint served upon a person of suitable age at my business, dwelling, or usual place of abode. I did not execute the Waiver of Service of Summons or otherwise agree to waive service of the Complaint.

6. On September 13, 2007, Ms Carvel sent to me, by certified mail, a copy of her Amended Complaint, together with a summons.

7. I did not receive personal service of the Amended Complaint or the summons, nor, to the best of my knowledge, was a copy of the Amended Complaint or summons served upon a person of suitable age and discretion at my business, dwelling, or usual place of abode.

8. I did not, and do not, agree to waive the defects in service of the Amended Complaint.

9. I am advised by counsel that in September 1995, Pamela and Agnes Carvel brought a proceeding in the Delaware Chancery Court in which they claimed that Agnes Carvel owned 100% of the common stock of a Delaware corporation named Andreas Holdings Corp. (the "Andreas Proceeding") and that Lawrence Fay submitted an affidavit in that proceeding. I

was not and am not a party to the Andreas Proceeding. I never appeared in Delaware in connection with the Andreas Proceeding. Mr. Fay was outside General Counsel to the Foundation in the 1994-1995 period. I understand that he also represented Robert Davis at the time in Mr. Davis's capacity as an Executor of Thomas Carvel's Estate. (Mr. Davis was also a Member, Officer and Director of the Foundation at the time.) I have no recollection of knowing that Mr. Fay filed an affidavit in that proceeding.

10. On August 27, 2007 the Foundation commenced a proceeding in the Delaware Chancery Court seeking an order removing Ms. Carvel as Delaware ancillary administrator of the Estate of Agnes Carvel (the "Delaware Removal Proceeding"). I verified the Foundation's Petition submitted in the Delaware Removal Proceeding. I am not a party to the Delaware Removal Proceeding. I have not traveled to Delaware in connection with the Delaware Removal Proceeding.

11. I do not regularly do or solicit business, or engage in any other persistent course of conduct in Delaware. I do not derive substantial revenue from services, or things used or consumed in Delaware.

12. I do not have an interest in, use, or possess real property in Delaware.

13. The Foundation does not regularly do or solicit business, or engage in any other persistent course of conduct in Delaware. The Foundation does not derive substantial revenue from services, or things used or consumed in Delaware.

14. The Foundation does not have an interest in, use, or possess real property in Delaware.

Sworn to before me this
8th day of October, 2007

_____
William E. Griffin

_____
ANNA M. MONT'ETNA (MURRAY)
Notary Public, State of New York
No. 01MO6003422
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 2, 20___/0

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA FEDERAL EXPRESS

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com