IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20,<br><br>Defendants. | Case No. 07-CV-00273-*** |

## AFFIDAVIT OF SALVADOR MOLELLA

STATE OF FLORIDA            )
                            ) :ss
COUNTY OF PALM BEACH        )

Salvador Molella, being duly sworn, deposes and says:

1. I am the Vice President, a Member and a Director of The Thomas and Agnes Carvel Foundation (the "Foundation"). I submit this affidavit in support of my motion to dismiss the Amended Complaint for Continuing Conspiracy to Violate Constitutional Rights & Commit Frauds and Demand for Jury Trial (the "Amended Complaint") filed by Plaintiff Pamela Carvel ("Ms. Carvel" or "Plaintiff") on September 17, 2007.

2. I became a Director of the Foundation in March 1991. I became a Member of the Foundation in March 1992.

3. I live in Palm Beach County, Florida. I am retired.

4. I received a copy of Ms. Carvel's original complaint, filed May 21, 2007, by mail, together with a Notice of Lawsuit and Request for Waiver of Service of Summons, dated May

28, 2007. I did not receive personal service of the complaint, nor, to the best of my knowledge, was a copy of the complaint served upon a person of suitable age at my business, dwelling, or usual place of abode. I did not execute the Waiver of Service of Summons or otherwise agree to waive service of the Complaint.

5.   On September 13, 2007, Ms Carvel sent to me, by certified mail, a copy of her Amended Complaint, together with a summons.

6.   I did not receive personal service of the Amended Complaint or the summons, nor, to the best of my knowledge, was a copy of the Amended Complaint or the summons served upon a person of suitable age and discretion at my business, dwelling, or usual place of abode.

7.   I did not, and do not, agree to waive the defects in service of the Amended Complaint.

8.   I am advised by counsel that in September 1995, Pamela and Agnes Carvel brought a proceeding in the Delaware Chancery Court in which they claimed that Agnes Carvel owned 100% of the common stock of a Delaware corporation named Andreas Holdings Corp. (the "Andreas Proceeding") and that Lawrence Fay submitted an affidavit in that proceeding. I was not and am not a party to the Andreas Proceeding. I never appeared in Delaware in connection with the Andreas Proceeding. Mr. Fay was outside General Counsel to the Foundation in the 1994-1995 period. I understand that he also represented Robert Davis at the time in Mr. Davis's capacity as an Executor of Thomas Carvel's Estate. (Mr. Davis was also a Member, Officer and Director of the Foundation at the time.) I have no recollection of knowing that Mr. Fay filed an affidavit in that proceeding.

9.   On August 27, 2007 the Foundation commenced a proceeding in the Delaware Chancery Court seeking an order removing Ms. Carvel as Delaware ancillary administrator of the Estate of Agnes Carvel in Delaware (the "Delaware Removal Proceeding"). I am not a party

to the Delaware Removal Proceeding. I have not traveled to Delaware in connection with the Delaware Removal Proceeding.

10. I do not regularly do or solicit business, or engage in any other persistent course of conduct in Delaware. I do not derive substantial revenue from services, or things used or consumed in Delaware.

11. I do not have an interest in, use, or possess real property in Delaware.

State of Florida
County of Palm Beach

Sworn to before me this
5th day of October, 2007  Appeared before me Salvador Molella who is personally known to me.

_Theresa Marcacci_
Theresa Marcacci

_Salvador Molella_
Salvador Molella

Theresa Marcacci
Commission # DD449631
Expires September 8, 2009
Bonded Troy Fain - Insurance, Inc 800-385-7019

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA FEDERAL EXPRESS

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com