IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20,<br><br>Defendants. | Case No. 07-CV-00273-*** |

**AFFIDAVIT OF MARIE ABPLANALP HOLCOMBE**

STATE OF NEW YORK      )
                       ) :ss
COUNTY OF WESTCHESTER  )

Marie Abplanalp Holcombe, being duly sworn, deposes and says:

1. I am a Member and a Director of The Thomas and Agnes Carvel Foundation (the "Foundation"). I submit this affidavit in support of my motion to dismiss the Amended Complaint for Continuing Conspiracy to Violate Constitutional Rights & Commit Frauds and Demand for Jury Trial (the "Amended Complaint") filed by Plaintiff Pamela Carvel ("Ms. Carvel" or "Plaintiff") on September 17, 2007.

2. I became a Director of the Foundation on March 31, 2004. I became a Member of the Foundation on March 16, 2005.

3. I live in Westchester County, New York. I am not employed.

4. I received a copy of Ms. Carvel's summons and original Complaint, filed May 21, 2007, by mail, together with a Notice of Lawsuit and Request for Waiver of Service of

Summons, dated May 28, 2007. I did not receive personal service of the Complaint, nor, to the best of my knowledge, was a copy of the Complaint served upon a person of suitable age at my business, dwelling, or usual place of abode. I did not execute the Waiver of Service of Summons or otherwise agree to waive service of the Complaint.

5. On September 13, 2007, Ms Carvel sent to me, by certified mail, a copy of her Amended Complaint, together with a summons.

6. I did not receive personal service of the Amended Complaint or the summons, nor, to the best of my knowledge, was a copy of the Amended Complaint or the summons served upon a person of suitable age and discretion at my business, dwelling, or usual place of abode.

7. I did not, and do not, agree to waive the defects in service of the Amended Complaint.

8. On August 27, 2007 the Foundation commenced a proceeding in the Delaware Chancery Court seeking an order removing Ms. Carvel as Delaware ancillary administrator of the Estate of Agnes Carvel (the "Delaware Removal Proceeding"). I am not a party to the Delaware Removal Proceeding. I have not traveled to Delaware in connection with the Delaware Removal Proceeding.

9. I do not regularly do or solicit business, or engage in any other persistent course of conduct in Delaware. I do not derive substantial revenue from services, or things used or consumed in Delaware.

10. I do not have an interest in, use, or possess real property in Delaware.

                                                                  Marie Applanalp Holcombe

Sworn to before me this
5th day of October, 2007

Stephen J. Brown
STEPHEN J. BROWN
Notary Public, State of New York
No. 02BR6168810
Qualified in Westchester County
Commission Expires June 18, 20 11

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA FEDERAL EXPRESS

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com