# Pamela Carvel
28 Old Brompton Road, Suite 158

London, SW7 3SS, England, U.K.

## US TEL/FAX 1 954 524 1909

3 October 2007

United Stated District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:    07-CV-00273-***

## AMEND COMPLAINT & AMENDED APPENDIX

Dear Sir/Madam,

Enclose is the Certificate of Service with Return Receipt postcards attached.

Please use the above US telephone and fax forwarding number because mail forwarding takes a long time to reach England. The above US number will forward to England at my expense.

Thank you for your valuable assistance.

Yours truly,

by Pamela Carvel



RECEIVED

OCT -9 2007

U.S DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### Case No. 07–CV- 00273-* * *

| | |
|---|---|
| Pamela Carvel, as Citizen,<br>as Delaware Ancillary Administrator<br>    for Agnes Carvel Estate,<br>as Member for Thomas and Agnes Carvel Foundation<br>        Plaintiffs<br>v.<br>William Griffin<br>Marie Abplanalp<br>Salvatore Molella<br>Robert Davis'<br>    and'<br>John/Jane Doe 1-20<br>Doe Corp. 1-20<br>        Defendants | **AMENDED**<br>**COMPLAINT**<br><br><br><br><br>**DEMAND FOR**<br>**JURY TRIAL** |

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on September 12, 2007, a true and correct copy of the above Amended Complaint and Amended Appendix was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to:

William Griffin, a citizen of New York with a business address of 51 Pondfield Road, Bronxville, NY 10708;

Marie Abplanalp Holcombe, a citizen of New York with a business address of 700 Nepperhan Avenue, Yonkers, New York 10702;

Salvatore Molella, a citizen of Florida with a mailing address of 37035 Exuma Bay, Boynton Beach, FL 33436;

Robert Davis [Estate], a citizen of New York with a mailing address of Nidzyn Avenue, Remsenburg, New York 11960.

I hereby certify that the above Defendants are non-residents of Delaware who knowingly and intentionally committed acts and omissions over Delaware assets and effecting Delaware claim issues, in collusion with co-conspirators in Delaware and elsewhere.

Additionally, I hereby certify that on September 14, 18, 24 2007, copies of the Summons, Amended Complaint, and Amended Appendix, were served via certified mail return receipt to the above party pursuant to D. Del. LR. 4.1. The return receipts are here attached.

October 3, 2007

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MARIE ABPLANALP HOLCOMBE
700 NEPPERHAN AVE.
YONKERS, NY 10702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                         ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0005 7866 6135

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

ROBERT DAVIS (ESTATE)
NIDZYN AVE.
REMSENBURG NY 11960

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                         ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery
BARBARA DAVIS

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:        ☐ No
   PO 411
   Remsenburg NY 11960

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0005 7866 6104

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

CA 09-273 ***

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Maria Taylor_  ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery  9/14/07 |
| 1. Article Addressed to:<br><br>WILLIAM GRIFFIN<br>51 PONDFIELD ROAD<br>BRONXVILLE, NY<br>10708 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 2510 0005 7866 6128 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Salvatore Molella_  ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>Salvatore Molella |
| 1. Article Addressed to:<br><br>SALVATORE MOLELLA<br>37035 EXUMA BAY<br>BOYNTON BEACH, FL<br>33436 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 2510 0000 7791 1531 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540