IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07–CV- 00273-***

| | |
|---|---|
| Pamela Carvel, as Citizen, <br> as Delaware Ancillary Administrator <br>     for Agnes Carvel Estate, <br> as Member for Thomas and Agnes Carvel Foundation <br>         Plaintiffs <br>     v. <br> William Griffin <br> Marie Abplanalp <br> Salvatore Molella <br> Robert Davis <br>     and <br> John/Jane Doe 1-20 <br> Doe Corp. 1-20 <br>         Defendants | **AMENDED COMPLAINT** <br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

**PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

Plaintiffs by Pamela Carvel hereby move this Court to appoint a Federal Receiver or the Delaware Attorney General on behalf of beneficiaries of charities pursuant to Rule 66 of the *Federal Rules of Civil Procedure* to marshal, conserve, protect, hold funds, operate and, with the approval of the Court, dispose of any assets, wherever those assets may be found in which Defendants or their agents alleged a legal, equitable or beneficial interest in the name of the "Thomas and Agnes Carvel Foundation". The grounds for this Motion and supporting arguments from first hand knowledge and law are in the accompanying Affidavit of Pamela Carvel opposing Defendants' Motion to Dismiss and supporting Plaintiffs' Motion to Appoint A Receiver.

October 29, 2007            /s/ *Pamela Carvel*
                                            Pamela Carvel, appearing *pro se* for lack of funds
                                            28 Old Brompton Road, Suite 158
                                            London W7 3SS England, U.K.
                                            US tel/fax 1 954 524 1909

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07–CV- 00273-***

| | |
|---|---|
| Pamela Carvel, as Citizen, ) | **AMENDED** |
| as Delaware Ancillary Administrator ) | **COMPLAINT** |
|     for Agnes Carvel Estate, ) | |
| as Member for Thomas and Agnes Carvel Foundation ) | |
|     Plaintiffs ) | |
|        v. ) | **DEMAND FOR** |
| William Griffin ) | **JURY TRIAL** |
| Marie Abplanalp ) | |
| Salvatore Molella ) | |
| Robert Davis ) | |
|     and ) | |
| John/Jane Doe 1-20 ) | |
| Doe Corp. 1-20 ) | |
|     Defendants ) | |

## ORDER

The Court, having considered Plaintiffs' Motion to Appoint a Receiver,m and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED and that a Receiver shall be Appointed.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I, Pamela Carvel, appearing *pro se*, hereby certify that on October 31, 2007, a true and correct copy and disk of the foregoing document was sent by First Class U.S. Mail to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to the following counsel of record, and also sent same by First Class U.S. Mail to:

>Richards, Layton & Finger, P.A.
>One Rodney Square, P.O. Box 551
>Wilmington, DE 19801
>(302) 651 7700

*/s/ Pamela Carvel*
_____
Pamela Carvel, appearing *pro se* for lack of funds
28 Old Brompton Road, Suite 158
London W7 3SS England, U.K.
US tel/fax 1 954 524 1909