**Pamela Carvel**
28 Old Brompton Road, <u>Suite 158</u>
London, SW7 3SS, England, U.K.        **US TEL/FAX fwd 1 954 524 1909**

October 31, 2007

Clerk of the Court
United State District Court for Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

**RE:    07-cv-00273\*\*\*; SERVICE OF PROCESS**

Dear Sir/Madam,

Please file the enclosed Motion to Appoint a Receiver and Affidavit in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Motion to Appoint a Receiver. Also enclosed are the documents on CD in .pdf form.

I write in response to Defendants' motion to dismissed for failure to serve process correctly. I thought that I had served process within "Fed. R. Civ. P. 4" when I filed my Certificate of Service with the court clerk.

I am a *pro se* litigant in this matter. If I it is detemined by the Court that service is incorrect, I am here requesting an extension of 30 days to personally serve the complaint. I am here enclosing another Summons form and request that the Clerk re-issue a Summons to be served by a process server in person at the business address of Defendants.

Thank you for your patience and understanding.

Yours truly,

*Pamela Carvel*

Pamela Carvel

cc:    Richards, Layton & Finger



✓ Summonses Reissued + Mailed - Bob