IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation<br><br>Plaintiffs<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp 1-20<br><br>Defendants | Case No. 07-CV-00273 |

### AFFIDAVIT OF KAREN SPRINGFIELD

STATE OF NEW YORK          )
                                              ) :ss
COUNTY OF WESTCHESTER  )

Karen Springfield, being duly sworn, deposes and says:

1.    I am the corporate Secretary of The Thomas and Agnes Carvel Foundation (the "Foundation").

2.    I have reviewed the Foundation's records in order to determine the dates that Lawrence Fay became a Director and a Member of the Foundation.

3    Mr. Fay first became a Director of the Foundation on February 24, 1997  He first became a Member of the Foundation on March 10, 1998

4    Mr. Fay is no longer a Member or Director of the Foundation.  He is deceased.

Sworn to before me this
9th day of November, 2007

_____
Karen Springfield

_____
**ANNE MARIE GIANNETTA**
**Notary Public, State of New York**
**No. 4953487**
**Qualified in Westchester County**
**Commission Expires July 17, 20⅃⅃**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007, a copy of the foregoing was electronically

filed and was also caused to be served on the following as indicated:

### **VIA FEDERAL EXPRESS**

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com