# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

November 20, 2007

**VIA E-FILE**
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   **Pamela Carvel v. William Griffin, et al**
      **C.A. No. 07-273-MPT**

Dear Judge Thynge:

This will inform the Court that briefing on the Defendant's Motion to Dismiss (D.I. 12) in the above matter has been completed. Neither party has requested oral argument and the motion is ready for decision. Counsel remains available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

Chad M. Shandler

CMS:ps
Cc:   Clerk of the Court (via e-file)
      Pamela Carvel (via regular mail)
      Steven J. Fink, Esquire (via regular mail)

RLF1-3226198-1