COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07–CV- 00273-***

| | |
|---|---|
| Pamela Carvel, as Citizen,<br>as Delaware Ancillary Administrator<br>   for Agnes Carvel Estate,<br>as Member for Thomas and Agnes Carvel Foundation<br>      Plaintiffs<br>        v.<br>William Griffin<br>Marie Abplanalp<br>Salvatore Molella<br>Robert Davis<br>   and<br>John/Jane Doe 1-20<br>Doe Corp. 1-20<br>      Defendants | AMENDED<br>COMPLAINT<br><br>DEMAND FOR<br>JURY TRIAL |

**COMPLAINT FOR CONTINUING CONSPIRACY TO VIOLATE
CONSTITUTIONAL RIGHTS & COMMIT FRAUDS
AND
DEMAND FOR JURY TRIAL**

---

**PLAINTIFFS' REPLY AFFIDAVIT TO APPOINT A RECEIVER**

---

1.  This affidavit made by Pamela Carvel on behalf of Plaintiffs', in reply to Defendants' opposition of Plaintiffs' Motion to Appoint a Delaware Receiver, is based on first hand information acquired during over 17 years of fraud investigation on behalf of Thomas and Agnes Carvel, and from first-hand knowledge of the acts, omissions, and representations made by Defendants in Delaware and outside Delaware.

2. The Amended Complaint and Motion for a Receiver are BY the Thomas and Agnes Carvel Foundation through its sole Member, Pamela Carvel, seeking to prevent further theft of the Carvels' restricted charitable assets, and to seek recovery of stolen Delaware assets in the hands of Defendants. The Amended Complaint against named Defendants as **individuals** who are identity thieves; who engage in a pattern of criminal enterprises to intentionally evade taxes and commit tax fraud; against Defendants' theft and abuse of the identity of the Carvels' charities with the intention to defraud the Carvels and others; against Defendants' intentional acts to harm Plaintiffs in order to cover-up and retain control of stolen Delaware assets; against Defendants' fraudulent conversion of Carvel Delaware assets to the co-conspirators; and for related illicit acts in a pattern of conspiracy in criminal enterprises across state lines. These individuals lack any semblance of fiduciary responsibility and therefore can only be treated as individual co-conspirators engaged in a deliberate and calculated conspiracy to defraud Plaintiffs, successors in interest, government, and the People. They are DO NOT represent the Thomas and Agnes Carvel Foundation. They illegally control the assets of the Thomas and Agnes Carvel Foundation.

3. Each named Defendant responded NOT as an individual, but as alleged "Member and Director of the Thomas and Agnes Carvel Foundation" (Docket #14, 15, 16). As reflected in the excerpts of alleged foundation meetings (Appendix #2, A69-104), such statements are made without any substantiation whatsoever.

4. Each named Defendant is represented by the very same New York attorney who alleges to represent only the "foundation" (Appendix #2, A-71), and by the

very same Delaware attorney who alleges to represent the "Thomas and Agnes Carvel Foundation" in Delaware Chancery Court. Agnes and Pamela Carvel as Members do not receive equal representation or information from these same attorneys who allege to represent alleged "foundation members" herein. Steven Fink states that he is "counsel" to the named Defendants, but he does not specify whether Defendants are represented as individuals or as alleged fiduciaries.

5.  Defendants' answering brief attempts to infer that there exists more than one class of "Member" (footnote 2, page 3). This inference is wholly untrue. Pamela Carvel is the **only** successor Foundation Member to Thomas and Agnes Carvel, who were the **only** Foundation Members for as long as each lived.

6.  Based on Defendants past history of self-dealing, and documentary evidence of unethical behavior, stated illegal intent, grant abuses, prohibited transactions, and fraudulent transfers of assets, any reasonable person would deduce that the named Defendants are self-dealing once again by paying their individual legal defense with the Carvel donations restricted to charity.

7.  As demonstrated with documentary evidence in the Amended Complaint named Defendants' conspired with each other to fraudulently transfer Agnes Carvel's property and income to Hudson Valley Bank, owned by William Griffin and Marie Abplanalp Holcombe. Defendants continue to play a shell game of identity and asset theft that they perpetuated for years. Defendants commence a proceeding in Delaware Chancery Court, but alleged they are not participants. Defendants respond in District Court as solely as alleged "Member and Director" using the alleged foundation's

3

attorneys, but then alleged the foundation assets they abuse are outside the court's jurisdiction to protect.

8. Discovery to compel the production of evidence to identify Defendants and Doe Defendants is required before any determination of the facts can be made. Discovery is requested herewith.

## CONCLUSION

9. Defendants and their agents are engaged in misrepresentation of substantive material facts to the Court. Defendants are engaged in destruction of the charitable assets within their control before any judgment can be rendered. The Thomas and Agnes Carvel Foundation moves through its sole Member, Pamela Carvel, for appointment of a Delaware receiver to preserve and protect the assets of the Foundation until final determination can be made based on genuine documentary evidence.

December 6, 2007

/s/ Pamela Carvel
Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax 1 954 524 1909

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07–CV- 00273-***

| | |
|---|---|
| Pamela Carvel, as Citizen, ) <br> as Delaware Ancillary Administrator ) <br>   for Agnes Carvel Estate, ) <br> as Member for Thomas and Agnes Carvel Foundation ) <br>   Plaintiffs ) <br> v. ) <br> William Griffin ) <br> Marie Abplanalp ) <br> Salvatore Molella ) <br> Robert Davis ) <br>   and ) <br> John/Jane Doe 1-20 ) <br> Doe Corp. 1-20 ) <br>   Defendants ) <br> ) | **AMENDED COMPLAINT** <br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on December 7, 2007, one original and a true and correct copy of Plaintiffs' Reply to Defendants' Motion, opposing appointment of a Delaware receiver, was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to:

> William Griffin, a citizen of New York with a business address of 51 Pondfield Road, Bronxville, NY 10708;
>
> Marie Abplanalp Holcombe, a citizen of New York with a business address of 700 Nepperhan Avenue, Yonkers, New York 10702;
>
> Salvatore Molella, a citizen of Florida with a mailing address of 37035 Exuma Bay, Boynton Beach, FL 33436;
>
> Robert Davis [Estate], a citizen of New York with a mailing address of Nidzyn Avenue, Remsenburg, New York 11960.

I hereby certify that the above Defendants are non-residents of Delaware who knowingly and intentionally committed acts and omissions over Delaware assets and effecting Delaware claim issues, in collusion with co-conspirators in Delaware and elsewhere. Additionally, I hereby certify that on December 7, 2007, a copy of the same was sent to:

> W. Donald Sparks, II
> Richards, Layton, & Finger, P.A.
> One Rodney Square, P.O. Box 551
> Wilmington, DE 19801

December 7, 2007

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909