

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07-CV-00273-***

| | |
|---|---|
| Pamela Carvel, as Citizen,<br>as Delaware Ancillary Administrator<br>    for Agnes Carvel Estate,<br>as Member for Thomas and Agnes Carvel Foundation<br>    Plaintiffs<br>v.<br>William Griffin<br>Marie Abplanalp<br>Salvatore Molella<br>Robert Davis<br>    and<br>John/Jane Doe 1-20<br>Doe Corp. 1-20<br>    Defendants | AMENDED<br>COMPLAINT<br><br>DEMAND FOR<br>JURY TRIAL |

## PRAECIPE

PLEASE ISSUE a *subpoena duces tecum* to the Sheriff of New Castle County,

directing him to serve said *subpoena duces tecum* along with a copy of the attached

Document Demand upon the Defendants at the address listed below:

    W. Donald Sparks, II
    Richards, Layton & Finger, P.A.
    One Rodney Square, P.O. Box 551
    Wilmington, DE 19801
    302-651-7700

compelling production of the following documents by Defendants within 20 days to:

    Pamela Carvel
    28 Old Brompton Road, Suite 158
    London SW7 3SS England U.K.
    US tel/fax 1 954 524 1909

DOCUMENTS DEMANDED:

The following documents may be produced in paper form or as scanned images on Zip100 disk or CD with ".pdf", ".tif", ".exe" or ".max" file extensions. If the file format is unreadable, production of the original paper document will be requested. A list should be provided to all "original" documents that are missing and that only exist as a copy.

Defendants William Griffin, Marie Ablpanalp Holcombe, Salvador Molella, each having answered as "Member and Director of the Thomas and Agnes Carvel Foundation", and each being represented by alleged foundation attorneys, are each herewith requested, along with their agents and employees, to provide the following that are within their possession or control in any capacity:

1. All documents and correspondence regarding to the formation of the "Thomas and Agnes Carvel Foundation", including but not limited to: the Certificate of Incorporation, the By-Laws, corporate filings, the stated purpose, the first meeting, elections, etc.

2. All documents, correspondence, resolutions, and minutes of any kind reflecting or memorializing alleged foundation meetings or elections, whether by shareholders, members, directors, officers, committees, managers, employees, etc.

3. All documents and correspondence regarding the identity of alleged shareholders, members, directors, officers, managers, employees, etc.; the qualifications by which each acquired their status; disclosure of all payments to these persons where in money, favors, or barter.

4. All documents and correspondence regarding Carvel Corp. stock, including but not limited to: any due diligence, copies of stock certificates, stock powers, dates of donations, identity of donors, other proof of donations, purpose of donations, stock valuations, stock sale, proof of stock sale price received, identity of stock purchasers, etc.

5. All documents and correspondence regarding Carvel Corp. subsidiaries, successors, mergers, their assets, and their value, including but not limited to:
   Franchise Stores Realty Corp.
   CCCC Holding Corp.
   All American Sports City
   Andreas Distributors Inc.
   Action 800 Inc.
   Kingdom of Pam, Inc.
   Chauncey Advertising Inc.
   Andreas Holdings Corp.

6. All documents and correspondence regarding income and disbursements including but not limited to: all account ledgers or the equivalent; bank statements with cancelled checks; all financial statements or the equivalent, all resolutions approving

disbursement or acceptance of donations; any restrictions of purpose for income received; proof of all payments in money, service, barter, or otherwise; attorney invoices, etc.

7.  All documents and correspondence regarding foundation management, including but not limited to: resolutions, agreements, contracts, stipulations, restrictions, adjudications, and a list describing of all verbal arrangements of any kind.

8.  All documents and correspondence regarding the U.S. Internal Revenue Service or U.K. Inland Revenue, including but not limited to: application for tax-exempt status, tax returns, sale of assets, disqualified persons, prohibited transactions, audits, assessments, penalties, payments to accountants, accountants' notes or reports, etc.

9.  All documents and correspondence regarding the sale of real estate, including but not limited to: appraisals as of 1990, appraisals as of date of sale, due diligence, proof of public offering, proof of fair market value, identity of the purchasers, proof of payment, resolutions, agreements, arrangements, stipulations, mortgages, disclosure of the relationship between named Defendants and purchasers, etc. for:
228 Orange Tree Dr., Atlantis FL
265 N. Country Club Dr., Atlantis, FL
95 S. Central Park Avenue, Hartsdale, NY
100 Winding Road Farm, Ardsley, NY

10. All documents and correspondence regarding Hudson Valley Bank, including but not limited to: leases at the Hudson Valley Bank Building; the identity of the landlord; the Bank's relationship to the landlord; the Bank's relationships with named Defendants; U.S. Treasury Securities or other investments; any accounts funded with Carvel money or the sale proceeds of Carvel Corp. stock, etc.

11. All documents and correspondence regarding the New York Attorney General's criminal investigations of the conspiracies in the sale of Dutchess County properties, including but not limited to: due diligence, William Zuga, Francis Zarro, resolutions, participation in legal proceedings, recover of misappropriated funds, etc.

12. All documents, correspondence, resolutions regarding any legal proceedings in Delaware Chancery Court.

13. All documents, correspondence, resolutions, and proof of payments to Orrick Herrington Sutcliffe LLP, Steven Fink, Richards, Layton & Finger, P.A., or any other attorneys for defense of this Federal Complaint.

December 6, 2007

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England U.K.
US tel/fax 1 954 524 1909