IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pamela Carvel, as Citizen, as Delaware Ancillary Administrator for Agnes Carvel Estate, as Member for Thomas and Agnes Carvel Foundation<br><br>           Plaintiffs,<br><br>v.<br><br>William Griffin, Marie Abplanalp, Salvatore Molella, Robert Davis and John/Jane Doe 1-20 Doe Corp. 1-20<br><br>           Defendants. | C.A. No. 07-273-MPT |

### NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie of Richards, Layton & Finger, withdraws as counsel for Defendants William Griffin, Marie Abplanalp Holcombe, and Salvador Molella in the above-captioned case. W. Donald Sparks, II, Chad M. Shandler and Richards, Layton & Finger, P.A. continue to represent Defendants in this matter.

*Of Counsel:*

Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

Dated: December 21, 2007

W. Donald W. Sparks, II (#2646)
sparks@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants William Griffin, Marie Abplanalp Holcombe, and Salvador Molella*

RLF1-3237888-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, a copy of the foregoing was electronically filed and was also caused to be served on the following as indicated:

### VIA FEDERAL EXPRESS

Pamela Carvel
28 Old Brompton Road, Suite 158
London SW7 3SS
England
United Kingdom

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com