# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
United States District of Delaware

Case Number: 07-CV-00273-*** JJF

Plaintiff:
**PAMELA CARVEL, CITIZEN AS DELAWARE ANCILLARY ADMINISTRATOR FOR AGNES CARVEL ESTATE AS MEMBER FOR THOMAS AND AGNES CARVEL FOUNDATION**
vs.
Defendant:
**WILLIAM GRIFFIN, MARIE ABPLANALP HOLCOMBE, SALVATORE MOLELLA, ROBERT DAVIS, JOHN/JANE DOE1-20, DOE CORP 1-20**

For: Pamela Carvel

FILED FEB 15 2008

Received by GIETZEN & ASSOCIATES on the 26th day of November, 2007 at 3:25 pm to be served on Salvador Molella, 37035 Exuma Bay, Boynton, FL 33436. I, **LAURIE WITKIN**, being duly sworn, depose and say that on the **15** day of **December**, 20**07** at **7:25 A**.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, DEMAND FOR JURY TRIAL, APPENDIX** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: ( ) Married or (X) Single   Name of Spouse _____

COMMENTS: White male 60+ yrs, approx 5'8, 200 lbs. Bald on top, white hair on sides. White bandage around head. In driveway. Buick Lucerne H45E8H

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _____ day of _____, _____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # 526
Appointed in accordance with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2007004645

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 07–CV– 00273–***

| | |
|---|---|
| Pamela Carvel, as Citizen,<br>as Delaware Ancillary Administrator<br>    for Agnes Carvel Estate,<br>as Member for Thomas and Agnes Carvel Foundation<br>    Plaintiffs<br>        v.<br>William Griffin<br>Marie Abplanalp<br>Salvatore Molella<br>Robert Davis<br>    and<br>John/Jane Doe 1-20<br>Doe Corp. 1-20<br>    Defendants | **AMENDED<br>COMPLAINT**<br><br><br><br>**DEMAND FOR<br>JURY TRIAL** |

### CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on November 26, 2007, one original and a true and correct copy of Plaintiffs' Amended Complaint was **personally served** on Salvador Molella, a citizen of Florida with address of 37035 Exuma Bay, Boynton Beach, FL 33436 by process server Laurie Witkin pursuant to the attached Affidavit of Service dated December 15, 2007.

I hereby certify that the above Defendant is non-resident of Delaware who knowingly and intentionally committed acts and omissions over Delaware assets and effecting Delaware claim issues, in collusion with co-conspirators in Delaware and elsewhere.

January 31, 2008

*[signature: Pamela Carvel]*

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909

**Agnes Carvel Estate**
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.

CLERK
U.S. DISTRICT COURT
844 N. KING ST.
WILMINGTON, DE
19801

MARK X-RAY
U.S.M.S.